IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ALBERT THOMAS, JR.,
        Petitioner,

v.                                                 **Judgment in a Civil Case**

BUTCH JACKSON,
        Respondent.                         Case Number: 5:12-HC-2025-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for an initial review pursuant to Rule 4 of the Rules Governing § 2254 cases in the United States District Court.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice for the petitioner to seek authorization from the Fourth Circuit Court of Appeals to file this application in the Eastern District of North Carolina.

This Judgment Filed and Entered on March 16, 2012, with service on:
Albert Thomas, Jr. 0403647, Nash Correctional Institution, P.O. Box 600, Nashville, NC 27856 (via U.S. Mail)

March 16, 2012                                              /s/ Julie A. Richards
                                                                Clerk